UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUIS DOMINIQUE MOORE,<br><br>    Petitioner,<br><br>    v.<br><br>SCOTT KERNAN,<br><br>    Respondent. | No. 2:17-cv-2080 KJN P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner did not sign the application to proceed in forma pauperis. All filings must be signed by counsel or by parties proceeding in propria persona. Fed. R. Civ. P. 11(a). Therefore, petitioner is provided the opportunity to submit a signed application within thirty days. Petitioner is not required to obtain certification by prison officials; the CDCR will provide such information directly to the court.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, a signed application to proceed in forma pauperis; petitioner's failure to comply with this order will result in the dismissal of this action; and

////

////

1

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

Dated: October 17, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/moor2080.101a