UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUIS DOMINIQUE MOORE, | No. 2:17-cv-2080 MCE KJN P |
| Petitioner, | |
| v. | <u>ORDER TO SHOW CAUSE</u> |
| SCOTT KERNAN, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding pro se, with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 13, 2018, respondent filed a motion to dismiss. Petitioner was informed that if respondent's response to the habeas petition was a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed within thirty days. That time has passed, and petitioner has not filed an opposition to the motion. Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." <u>Id.</u>

Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within thirty days, why his failure to oppose respondent's motion to dismiss should not be deemed a waiver of any opposition to the granting of the motion, and he shall file an opposition. Petitioner is cautioned that failure to respond to the instant order, or to file an opposition to the pending

1

motion to dismiss, may result in a recommendation that this action be dismissed.

Dated: March 27, 2018

/s/ Kendall J. Newman
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/moor2080.46hab